RECEIVED
13 MAY -1 PM 12: 39
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Certificate Number: 12459-MN-CC-020865437



12459-MN-CC-020865437

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 30, 2013</u>, at <u>4:44</u> o'clock <u>PM PDT</u>, <u>Thelma Minor</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Minnesota</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>April 30, 2013</u>     By: <u>/s/Laura M Ahart</u>

Name: <u>Laura M Ahart</u>

Title: <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

RECEIVED
13 MAY -1 PM 12: 39
U.S. BANKRUPTCY COURT
MINNEAPOLIS, MN

Certificate Number: 12459-MN-CC-020865140



12459-MN-CC-020865140

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>April 30, 2013</u>, at <u>4:11</u> o'clock <u>PM PDT</u>, <u>Christopher Loyd</u> received from <u>Abacus Credit Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Minnesota</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date:  <u>April 30, 2013</u>          By:   <u>/s/Laura M Ahart</u>

                                  Name: <u>Laura M Ahart</u>

                                  Title: <u>Credit Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).