```
                    UNITED STATES BANKRUPTCY COURT
                         DISTRICT OF MINNESOTA
```

In re:                                                    Case No: 13–42255 – KHS
CHRISTOPHER LOYD
THELMA MINOR
Debtor(s)                                                 Chapter 13 Case


# ORDER ON PARTIAL CASE FILING

The petition commencing this case was filed on May 1, 2013. However, the following documents have not been filed and/or outdated forms were used:

☐ **You have filed out−dated forms. Please file the revised forms checked below as an amended petition and amended schedules or statements.**

☐ Voluntary petition (Form 1 as revised 4/13)
☐ Exhibit D (as revised 12/09)
☑ Summary of schedules (Form 6 as revised 12/07)
☑ Statistical summary of certain liabilities (Form 6 as revised 12/07)
☑ Schedules A–J (Form 6A – 6J as revised 12/07, Form 6C and 6E as revised 4/13)
☑ Declaration concerning debtor's schedules (Form 6 as revised 12/07)
☑ Statement of financial affairs (Form 7 as revised 4/13)
☐ Statement of compensation by attorney for debtor (Local Form 1007−1)
☑ Ch 13 Statement of current monthly income, calculation of commitment period and disposable income (Form 22C as revised 4/13)
☑ Ch 13 plan (Local Form 3015−1)
☐ Rent deposit ( if applicable)
☐ Statement of business income (Local Form 1007−3)
☐ Signature declaration
☐ Certificate of credit counseling
☐ Notice to Consumer Debtor(s) under section 342(b) (Form B201)
☐ Notice of responsibilities of chapter 13 debtors and their attorneys (Local Form 1007−3−1(13))
☑ Payment advices cover sheet
☑ Debtor's income records
Income Records Needed For 60−Day Period Immediately Preceding Filing

Details:


IT IS THEREFORE ORDERED:

   1. Unless the court extends the time as provided in paragraph 2 of this order, the debtor(s) shall file the documents specified above, pursuant to Bankruptcy Rules 1007(c), 2016(b) or 3015, not later than May 15, 2013.

   2. If these documents are not filed on or before such date or such date as the court may fix by order extending the time for such filing, and if the court has not entered an order to extend the time for such filing on

application served on the trustee and the United States Trustee, an order dismissing this case shall be entered immediately, without a hearing, without further notice, and without notice to creditors, except as provided in paragraph 3 of this order.

3. If this case is dismissed pursuant to paragraph 2 of this order, notice of such dismissal stating the reason for dismissal shall forthwith be served by the clerk on the debtor(s), the attorney for the debtor(s), the trustee, the United States Trustee, and all creditors listed on the matrix filed with the petition.

4. **THE ATTORNEY FOR DEBTOR OR THE DEBTOR, IF UNREPRESENTED, SHALL SERVE THE NOTICE OF MEETING OF CREDITORS ON ALL CREDITORS NOT LISTED ON THE ORIGINAL MATRIX, SHALL FILE A CERTIFICATE OF SERVICE WITH THE COURT DEMONSTRATING THAT SUCH SERVICE HAS BEEN EFFECTED AND SHALL ADD THOSE CREDITORS TO THE COURT'S MATRIX.**

5. The clerk shall provide notice of this order to the debtors(s), the attorney for the debtor(s), the trustee and the United States Trustee.

Dated: 5/1/13

Kathleen H Sanberg
United States Bankruptcy Judge

NOTICE OF ENTRY AND FILING ORDER OR JUDGMENT
Filed and docket entry made on May 1, 2013
Lori Vosejpka, Clerk, United States Bankruptcy Court, By: kristi Deputy Clerk

**mnbop13** 10/05, 06/08, 4/10, 10/10, 12/10 ˌ12/11,1/12,4/13